**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**LORETTA LEE,**

    **Plaintiff,**

**v.**                                           **Case No: 8:17-cv-2454-MSS-MAP**

**CREDIT PROTECTION ASSOCIATION,
L.P.,**

    **Defendant.**

---

## ORDER OF DISMISSAL WITH PREJUDICE

Upon consideration of the Parties' Stipulation for Voluntary Dismissal with Prejudice, (Dkt. 20), and pursuant to Fed.R.Civ. P. 41, it is hereby

**ORDERED** that this case is **DISMISSED WITH PREJUDICE.** Each party shall bear its own attorneys' fees and costs associated with this matter. This case shall remain **CLOSED**.

**DONE and ORDERED** at Tampa, Florida this 13th day of July, 2018.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any Unrepresented Party